In The United States District Court For The Middle District Of Alabama Northern Division

RECEIVED
2017 JUL 31 P 2:51
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Daron Howard-Bey
  Plaintiff

V.

David Scruggs, Wanda Craft
and Chris Byrd
  Defendants

2:17-cv-517-MHT

Case No. 2-17-CV-482-WKW

July 27, 2017

## "Motion For Preliminary Injunction And Protection Order"

Plaintiff Daron Howard-Bey at this time would like to put this Honorable Court on Notice. They are constantly playing with my meds making me suffer. Now I've been through this before an a protection order was placed Against some of these same defendants, correction the same bussiness. At this time I want to ask this Honorable Court for parmission to leave and Amend my complaint Adding Southern Health partners, an Mr. Scott Racz.

Now In Hill v. Dekalb Reg'l Youth Det. Ctr., "We see an understand people who was diagnosed In hospitals by physicians are people that need there meds because without them leads to unnecessary problems like Extelle. 429 U.S. At 104; Jett v. Penner, 439 F. 3d. 1091, 1096 (9th Cir 2006)

They haven't taken me to court or assisted in any type way. They continue to violate plaintiffs Human, Civil as well as State and United Constitutional Rights.

Respectfully Submitted
Aaron Howard Bey
All Rights Explicitly
Reserved U.C.C. 1-207

Certificate Of Service

I do hereby Certify a Copy of the foregoing Motion was served to defendants by U.S. Postal Service on the 27 day of July 2017,

Aaron Howard Bey

Daron Howard-Bey
290 Hillcrest Drive
Andalusia, Alabama
36420

MONTGOMERY AL 360
28 JUL 2017 PM 4 L



Office Of The Clerk
United States District Court
One Church Street, Suit B-110
Montgomery, Alabama
36104-401801