IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DARON DURANE HOWARD, also known as Daron Howard-Bey, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WONDA CRAFT, et al., )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>2:17cv517-MHT<br>(WO) |

OPINION

Plaintiff, who was formerly an inmate in the Covington County Jail, filed this lawsuit complaining that the jail staff denied him proper medication and failed to transport him to court proceedings. This case is before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for his failure of to comply with the orders of the court and to prosecute this action properly. There are no objections to the recommendation. Upon an independent and de novo review

of the record, the court concludes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 17th day of October, 2017.

                                                /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE