IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

DARON DURANE HOWARD, also      )
known as Daron Howard-Bey,     )
                               )
        Plaintiff,             )
                               )        CIVIL ACTION NO.
        v.                     )        2:17cv517-MHT
                               )           (WO)
WONDA CRAFT, et al.,           )
                               )
        Defendants.            )

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The recommendation of the United States Magistrate Judge (doc. no. 21) is adopted.

(2) This case is dismissed without prejudice, with no costs taxed.

(3) All pending motions are denied as moot.

(4) The prior recommendation (doc. no. 20) is withdrawn.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 17th day of October, 2017.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**